UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ANTONIO NAJERA, INDIVIDUALLY AND ON			Case No. 18cv219
BEHALF OF ALL OTHER EMPLOYEES SIMILARLY		(ENV) (SJB)
SITUATED,

                              Plaintiffs,		**STIPULATION OF**
								**DISMISSAL WITH**
                      -against-			**PREJUDICE**

ABC CORP. d/b/a MR. WONTON, MEI XIANG LIANG
a.k.a "JOANNA", and CHUN FA LUO,

                              COMPANY.
-------------------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff and defendant that plaintiff, accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses this action, with prejudice and without an ward of costs and disbursements.

Dated: September 5, 2018

_____			Law Office of Stephen K. Seung
Robert Kraselnick, Esq.				BY: Perry Burkett
Morrison – Tenenbaum PLLC			_____
98-20 Metropolitan Avenue, 2nd Fl.,			Stephen K. Seung, Esq. – Perry Burkett, Esq
Forest Hills, New York 11375			2 Mott Street, Suite 601
Tel: (212)620-0935					New York, New York 10013
Fax: (646)998-1972					Tel: (212)732-0030
Email: achang@m-t-law.com			Fax: (212)227-5097
							Email: skseungesq@yahoo.com


Entered:							SO ORDERED


							/s/ SANKET J. BULSARA September 7, 2018
							_____
							U.S.M.J.

L18H003/Settlement Agreement 071618